AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Stefanie Nicole Chiguer<br><br>_Defendant_ | ) Case: 1:22-mj-00013<br>) Assigned To : Harvey, G. Michael<br>) Assign. Date : 1/14/2022<br>) Description: COMPLAINT W/ ARREST WARRANT<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_ Stefanie Nicole Chiguer ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building

Date: 01/14/2022

_G. Michael Harvey_
Digitally signed by G. Michael Harvey
Date: 2022.01.14 12:43:15 -05'00'
_Issuing officer's signature_

City and state: Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
_Printed name and title_

### Return

This warrant was received on _(date)_ 1/14/22 , and the person was arrested on _(date)_ 1/18/22
at _(city and state)_ Boston MA.

Date: 1/18/22

_[signature]_
_Arresting officer's signature_

T/O Stephen Gregorczyk
_Printed name and title_