UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 22-CR-25-2 (APM) |
| | : | |
| STEFANIE NICOLE CHIGUER, | : | |
| | : | |
| Defendants. | : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT CHIGUER' MOTION
TO MODIFY CONDITIONS OF RELEASE**

The United States responds to Defendant's motion (ECF 16) requesting that the no-contact/stay away condition of her bond be removed. The United States does not oppose that request.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ *Mona Lee M. Furst*
Mona Lee M. Furst
Assistant United States Attorney
Detailee – Federal Major Crimes
Kansas Bar No. 13162
United States Attorney's Office
1200 Epic Center, Suite 1200
Wichita, Kansas 67202
Telephone: (316) 269-6537
Mona.Furst@usdoj.gov