## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | Case No. 1:22-CR-25 (APM) |
| **STEFANIE CHIGUER,** : | |
| : | |
| **Defendant.** : | |

### NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Trial Attorney-Detailee Jessica Arco is now assigned to the above-captioned matter. This is notice of her appearance of behalf of the United States.

Respectfully submitted,

MATTHEW M. GRAVES
Acting United States Attorney
D.C. Bar No. 481052

By:    /s/
Jessica Arco
Trial Attorney–Detailee
D.C. Bar No. 1035204
U.S. Attorney's Office for the District of Columbia
601 D Street, NW
Washington, DC 20530
202-514-3204
Jessica.arco@usdoj.gov