# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | Criminal No. 22-CR-25 (APM) |
| | : | |
| **STEPHANIE NICOLE CHIGUER,** | : | |
| | : | **UNDER SEAL** |
| Defendant. | : | |

## UNITED STATES MOTION FOR LEAVE TO FILE UNDER SEAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court for permission to file Government's Unopposed Motion to Continue Sentencing Hearing under seal given the sensitivity of the information contained therein. This motion is being filed under seal ███████████████████████████████████████████████████████████████████████.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
DC BAR NO. 481052

By:     */s/ Mona Lee M. Furst*
Mona Lee M. Furst
Assistant U.S. Attorney
Detailee to the Capitol Siege Division
KS Bar Number 13162
United States Attorney
District of Columbia
Tele: (316) 269-6537
Mona.Furst@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I caused a copy of this pleading to be served upon defense counsel on July 28, 2022.

By:    */s/ Mona Lee M. Furst*
Mona Lee M. Furst
Assistant U.S. Attorney
Detailee to the Capitol Siege Division
KS Bar Number 13162
United States Attorney
District of Columbia
Tele: (316) 269-6537
Mona.Furst@usdoj.gov