UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | :    Crim. No. 22-CR-25 (APM) |
| | : |
| STEFANIE NICOLE CHIGUER, | :    UNDER SEAL |
| *Defendant.* | : |

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully moves this Court to continue the sentencing hearing set for August 26, 2022 at 4:00 p.m. in this matter. Counsel for the defendant, Stefanie Nicole Chiguer, does not oppose this motion. In support of this unopposed motion, the government now states the following:

1. The parties are in discussions concerning ███████████████████████████████████████████████████████████████████████████████████████.

2. Niemela and Eckerman are now joined as co-defendants in case number 21 CR 623. The jury trial in that case is set November 28, 2022, and the parties believe it will last one (1) week.

3. The parties have scheduled an interview with Ms. Chiguer on August 10, 2022, pursuant to her plea agreement ████████████████████████████████████████████████████████.

4. Ms. Chiguer is presently on pretrial release in this matter.

1

5.      This motion is being filed under seal ███████████████████████

████████████████████████████████████████████████████████

████████████████

WHEREFORE, for the foregoing reasons, the government respectfully requests that the Court grant this unopposed motion to continue the sentencing hearing until after the November 28, 2022, trial in *United States v. Eckerman & Niemela*, 21 CR 623 (CRC) is finished.

                                                          Respectfully submitted,

                                                          MATTHEW M. GRAVES
                                                          United States Attorney
                                                          D.C. Bar No. 481052

BY:    */s/ Mona Lee M. Furst*
            Mona Lee M. Furst
            Assistant U.S. Attorney
            Detailee to the Capitol Siege Division
            KS Bar Number 13162
            United States Attorney
            District of Columbia
            Tele: (316) 269-6537
            Mona.Furst@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 29, 2022, I served a copy of this pleading on defendant's counsel through the Court's electronic case files system.

                        BY:    */s/ Mona Lee M. Furst*
                                 Mona Lee M. Furst
                                 Assistant U.S. Attorney
                                 Detailee to the Capitol Siege Division
                                 KS Bar Number 13162
                                 United States Attorney
                                 District of Columbia
                                 Tele: (316) 269-6537
                                 Mona.Furst@usdoj.gov