## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Case No. 22-CR-25 (APM) |
| v. : | |
| : | |
| **STEFANIE CHIGUER,** : | |
| : | **UNDER SEAL** |
| **Defendant.** : | |

## UNITED STATES' MOTION FOR LEAVE TO FILE UNDER SEAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court for permission to file the attached Consent Motion to Modify Conditions of Release under seal given the sensitivity of the information contained therein. Filing the motion under seal is appropriate and necessary to ████████████████████████████████████████████████ ████. *See, e.g.*, *Washington Post v. Robinson*, 935 F.2d 282, 287-92 (D.C. Cir. 1991).

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
DC BAR NO. 481052

By: */s/ Jessica Arco*
Jessica Arco
Trial Attorney - Detailee
Capitol Siege Division
D.C. Bar Number 1035204
United States Attorney's Office
District of Columbia
(202) 514-3204
Jessica.Arco@usdoj.gov