CAP,CAT A

# U.S. District Court
## District of Columbia (Washington, DC)
## CRIMINAL DOCKET FOR CASE #: 1:22-cr-00025-APM-2
### Internal Use Only

Case title: USA v. NIEMELA et al

Date Filed: 01/19/2022

Magistrate judge case number: 1:22-mj-00013-GMH

---

Assigned to: Judge Amit P. Mehta

**Defendant (2)**

| | | |
|---|---|---|
| **STEFANIE NICOLE CHIGUER**<br>*also known as*<br>STEFANIE CHIGUER | represented by | **H. Heather Shaner**<br>LAW OFFICES OF H. HEATHER SHANER<br>1702 S Street, NW<br>Washington, DC 20009<br>(202) 265-8210<br>Fax: (202) 332-8057<br>Email: hhsesq@aol.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| 40 U.S.C. 5104(e)(2)(G); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Parading, Demonstrating, or Picketing in a Capitol Building<br>(4) | |

**Highest Offense Level (Opening)**

Misdemeanor

| **Terminated Counts** | **Disposition** |
|---|---|
| 18 U.S.C. 1752(a)(1); TEMPORARY RESIDENCE OF THE PRESIDENT; Entering and Remaining in a Restricted Building or Grounds<br>(1)<br>18 U.S.C. 1752(a)(2); TEMPORARY RESIDENCE OF THE PRESIDENT; Disorderly and Disruptive Conduct in a | |

Restricted Building or Grounds
(2)

40 U.S.C. 5104(e)(2)(D); VIOLENT
ENTRY AND DISORDERLY CONDUCT
ON CAPITOL GROUNDS; Disorderly
Conduct in a Capitol Building
(3)

**Highest Offense Level (Terminated)**

Misdemeanor

| **Complaints** | **Disposition** |
|---|---|
| COMPLAINT in VIOLATION of 18 U.S.C. § 1752(a)(1); 18 U.S.C. § 1752(a)(2); 40 U.S.C. § 5104(e)(2)(D); 40 U.S.C. § 5104(e)(2)(G) | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Jessica Arco** |
| | | U.S. DEPARTMENT OF JUSTICE |
| | | 950 Pennsylvania Avenue NW |
| | | Washington, DC 20530 |
| | | 202-532-3867 |
| | | Email: jessica.arco@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Assistant U.S. Attorney* |
| | | |
| | | **Mona Furst** |
| | | DOJ-USAO |
| | | Office of the United States Attorney |
| | | 301 North Main |
| | | Suite 1200 |
| | | Wichita, KS 67052 |
| | | 316-269-6481 |
| | | Email: mona.furst@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Assistant U.S. Attorney* |
| | | |
| | | **Michael Matthew Gordon** |
| | | DOJ-USAO |
| | | Criminal Division, Violent Crimes and Narcotics Section |
| | | 400 North Tampa Street |
| | | Suite 3200 |
| | | Tampa, FL 33602 |
| | | (813) 274-6370 |
| | | Email: michael.gordon3@usdoj.gov |

*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/14/2022 | 1 | SEALED COMPLAINT as to KIRSTYN NIEMELA (1), STEFANIE NICOLE CHIGUER (2). (Attachments: # 1 Statement of Facts) (zltp) [1:22-mj-00013-GMH] (Entered: 01/16/2022) |
| 01/14/2022 | 3 | MOTION to Seal Case by USA as to KIRSTYN NIEMELA, STEFANIE NICOLE CHIGUER. (Attachments: # 1 Text of Proposed Order)(zltp) [1:22-mj-00013-GMH] (Entered: 01/16/2022) |
| 01/14/2022 | 4 | ORDER granting 3 Motion to Seal Case as to KIRSTYN NIEMELA (1), STEFANIE NICOLE CHIGUER (2). Signed by Magistrate Judge G. Michael Harvey on 1/14/2022. (zltp) [1:22-mj-00013-GMH] (Entered: 01/16/2022) |
| 01/18/2022 | 6 | Arrest Warrant, dated 1/14/2022, Returned Executed on 1/18/2022 as to STEFANIE NICOLE CHIGUER. (bb) [1:22-mj-00013-GMH] (Entered: 01/18/2022) |
| 01/18/2022 |   | Arrest of STEFANIE NICOLE CHIGUER in Massachusetts. (bb) [1:22-mj-00013-GMH] (Entered: 01/18/2022) |
| 01/18/2022 |   | Case unsealed as to KIRSTYN NIEMELA(1) and STEFANIE NICOLE CHIGUER(2). (bb) [1:22-mj-00013-GMH] (Entered: 01/18/2022) |
| 01/19/2022 | 11 | INFORMATION as to KIRSTYN NIEMELA (1) count(s) 1, 2, 3, 4, STEFANIE NICOLE CHIGUER (2) count(s) 1, 2, 3, 4. (zltp) (Entered: 01/20/2022) |
| 01/20/2022 |   | ORAL MOTION to Appoint Counsel by STEFANIE NICOLE CHIGUER (2). (zpt) (Entered: 01/21/2022) |
| 01/20/2022 |   | ORAL MOTION for Speedy Trial Waiver by USA as to KIRSTYN NIEMELA (1) and STEFANIE NICOLE CHIGUER (2). (zpt) (Entered: 01/21/2022) |
| 01/20/2022 |   | Minute Entry for proceedings held before Magistrate Judge G. Michael Harvey: VTC Initial Appearance/Detention/Arraignment as to KIRSTYN NIEMELA (1) Count 1,2,3,4 and STEFANIE NICOLE CHIGUER (2) Count 1,2,3,4 held on 1/20/2022. Not Guilty Plea by KIRSTYN NIEMELA (1) and STEFANIE NICOLE CHIGUER (2) as to all counts. Oral Motion to Appoint Counsel by KIRSTYN NIEMELA (1) and STEFANIE NICOLE CHIGUER (2) Heard and Granted. Government does not seek the Defendants' pretrial detention. Oral Motion by the Government for Speedy Trial Waiver as to KIRSTYN NIEMELA (1) and STEFANIE NICOLE CHIGUER (2) Heard and Granted. Time between 1/20/2022 and 1/24/2022 (4 Days) shall be excluded from calculation under the Speedy Trial Act in the interest of justice X-T. Status Hearing set for 1/24/2022 at 10:00 AM in Telephonic/VTC before Judge Amit P. Mehta. Bond Status of Defendant: Defendants Placed on Personal Recognizance; Court Reporter: FTR Gold FTR Time Frame: CTRM 6 [1:11:38-1:23:25], [1:46:21-2:07:52]; Defense Attorney: Kira West (1) and Heather Shaner (2); US Attorney: Frederick Yette for Mona Furst; Pretrial Officer: Shay Holman; (zpt) (Entered: 01/21/2022) |
| 01/20/2022 |   | MINUTE ORDER as to KIRSTYN NIEMELA (1) and STEFANIE NICOLE CHIGUER (2). As required by Rule 5(f), the United States is ordered to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland and its progeny. Not doing so in a timely manner may result in |

| | | |
|---|---|---|
| | | sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings. Signed by Magistrate Judge G. Michael Harvey on 1/20/2022. (zpt) (Entered: 01/21/2022) |
| 01/20/2022 | 15 | ORDER Setting Conditions of Release as to STEFANIE NICOLE CHIGUER (2) Personal Recognizance. Signed by Magistrate Judge G. Michael Harvey on 1/20/2022. (Attachments: # 1 Appearance Bond) (zpt) (Entered: 01/21/2022) |
| 01/21/2022 | 13 | NOTICE OF ATTORNEY APPEARANCE: H. Heather Shaner appearing for STEFANIE NICOLE CHIGUER (Shaner, H.) (Entered: 01/21/2022) |
| 01/24/2022 | 16 | MOTION for Bond *Modification/RemoveCondion 7(g)* by STEFANIE NICOLE CHIGUER. (Shaner, H.) Modified event type/relief on 1/26/2022 (zltp). (Entered: 01/24/2022) |
| 01/24/2022 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference as to KIRSTYN NIEMELA (1) and STEFANIE NICOLE CHIGUER (2) held via videoconference on 1/24/2022. Oral Motion by STEFANIE NICOLE CHIGUER (2) to Modify Conditions of Release was heard and granted. Ms. Chiguer may travel to New Hampshire without providing notice to Pretrial Services. In the interests of justice, and for the reasons stated on the record, the time from 1/25/2022 through and including 3/23/2022 shall be excluded in computing the date for speedy trial in this case. Any motions to modify bond conditions due by 1/31/2022. Status Conference set for 3/23/2022 at 12:45 PM via videoconference before Judge Amit P. Mehta. Members of the public may access the hearing by dialing the court's toll-free public access line: (877) 848-7030, access code 321-8747. Bond Status of Defendants: remain on personal recognizance; Court Reporter: William Zaremba; Defense Attorneys: Kira West and Heather Shaner; US Attorney: Mona Furst. (zjd) (Entered: 01/24/2022) |
| 01/26/2022 | 20 | Unopposed MOTION for Protective Order *Governing Discovery* by USA as to STEFANIE NICOLE CHIGUER. (Attachments: # 1 Text of Proposed Order) (Furst, Mona) (Entered: 01/26/2022) |
| 01/26/2022 | 21 | Unopposed MOTION for Disclosure *of Items Protected by Federal Rule of Criminal Procedure 6(e) and Sealed Materials* by USA as to KIRSTYN NIEMELA, STEFANIE NICOLE CHIGUER. (Attachments: # 1 Text of Proposed Order)(Furst, Mona) (Entered: 01/26/2022) |
| 01/26/2022 | 22 | RESPONSE by USA as to STEFANIE NICOLE CHIGUER re 16 MOTION to Modify Conditions of Release (Furst, Mona) (Entered: 01/26/2022) |
| 01/27/2022 | | MINUTE ORDER granting 16 Motion for Bond Modification. The condition requiring that Defendants stay away from one another and any witness is hereby withdrawn. Signed by Judge Amit P. Mehta on 01/27/2022. (lcapm3) (Entered: 01/27/2022) |
| 01/27/2022 | 23 | ORDER granting the United States' 20 Unopposed Motion for Protective Order as to STEFANIE CHIGUER. See the attached Order for further details. Signed by Judge Amit P. Mehta on 01/27/2022. (lcapm3) (Entered: 01/27/2022) |
| 01/27/2022 | 25 | NOTICE *of United States' Memoranda Regarding Status of Discovery* by USA as to KIRSTYN NIEMELA, STEFANIE NICOLE CHIGUER (Attachments: # 1 Status of Discovery as of July 12, 2021, # 2 Exhibit 1A to July 12, 2021 Status of Discovery, # 3 Status of Discovery as of August 23, 2021, # 4 Status of Discovery as of September 14, 2021, # 5 Status of Discovery as of October |

| | | | |
|---|---|---|---|
| | | | 21, 2021, # 6 Status of Discovery as of November 5, 2021)(Furst, Mona) (Entered: 01/27/2022) |
| 02/11/2022 | | 26 | NOTICE *of United States' Memorandum Regarding Status of Discovery as of February 9, 2022* by USA as to KIRSTYN NIEMELA, STEFANIE NICOLE CHIGUER (Furst, Mona) (Entered: 02/11/2022) |
| 03/30/2022 | | | NOTICE OF HEARING as to STEFANIE NICOLE CHIGUER (2): Plea Agreement Hearing set for 4/7/2022 at 2:00 PM via videoconference before Judge Amit P. Mehta. Members of the public may access the hearing by dialing the court's toll-free public access line: (877) 848-7030, access code 321-8747. (zjd) (Entered: 03/30/2022) |
| 04/07/2022 | | | Minute Entry for proceedings held before Judge Amit P. Mehta: Plea Agreement Hearing as to STEFANIE NICOLE CHIGUER (2) held via videoconference on 4/7/2022. Plea of Guilty entered as to Count 4. REFERRAL TO PROBATION OFFICE for Presentence Investigation as to STEFANIE NICOLE CHIGUER (2). Sentencing set for 8/10/2022 at 02:00 PM before Judge Amit P. Mehta. Bond Status of Defendant: remains on personal recognizance; Court Reporter: William Zaremba; Defense Attorney: Heather Shaner; US Attorney: Mona Furst. (zjd) (Entered: 04/18/2022) |
| 04/07/2022 | | 36 | PLEA AGREEMENT as to STEFANIE NICOLE CHIGUER (2). (zjd) (Entered: 04/18/2022) |
| 04/07/2022 | | 37 | STATEMENT OF OFFENSE by USA as to STEFANIE NICOLE CHIGUER (2). (zjd) (Entered: 04/18/2022) |
| 04/13/2022 | | | MINUTE ORDER entering a schedule for sentencing briefing as to Defendant Stefanie Nicole Chiguer (2). The final presentence report shall be filed by July 27, 2022; sentencing memoranda shall be filed by August 2, 2022; and any reply memorandum of no more than five pages shall be filed by August 8, 2022. Signed by Judge Amit P. Mehta on 04/13/2022. (lcapm3) (Entered: 04/13/2022) |
| 04/13/2022 | | | Set/Reset Deadlines as to STEFANIE NICOLE CHIGUER: Presentence Report due by 7/27/2022. Sentencing Memorandum due by 8/2/2022. Responses to Sentencing due by 8/8/2022 (zjch, ) (Entered: 04/15/2022) |
| 05/23/2022 | | | MINUTE ORDER revising the schedule for sentencing briefing as to Defendant Stefanie Nicole Chiguer (2). The final presentence report shall be filed by August 5, 2022; sentencing memoranda shall be filed by August 12, 2022; and any reply memorandum of no more than five pages shall be filed by August 19, 2022. The sentencing will occur on August 26, 2022 at 4:00 p.m. Signed by Judge Amit P. Mehta on 05/23/2022. (lcapm3) (Entered: 05/23/2022) |
| 07/28/2022 | 🔒 🔒 | 41 | *SEALED* SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by USA as to STEFANIE NICOLE CHIGUER. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 UNOPPOSED MOTION TO CONTINUE SENETNCING HEARING) (Furst, Mona) (Entered: 07/28/2022) |
| 07/29/2022 | 🔒 | | *SEALED* MINUTE ORDER as to STEFANIE NICOLE CHIGUER (2) granting United States' Motion for Leave to File Under Seal, ECF No. 41 , and Unopposed Motion to Continue Sentencing, ECF No. [41-1]. The sentencing hearing scheduled for August 26, 2022, is hereby vacated. The parties shall file a Joint Status Report by December 9, 2022 (under seal, if appropriate), which proposes a schedule for further proceedings. ▉▉▉▉▉▉▉▉▉▉▉▉ |

| | | | |
|---|---|---|---|
| | | | Signed by Judge Amit P. Mehta on 7/29/2022. (zjd) (Entered: 07/29/2022) |
| 07/29/2022 | 🔒🔒 | 42 | *SEALED* SEALED MOTION TO CONTINUE SENTENCING HEARING filed by USA as to STEFANIE NICOLE CHIGUER. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Text of Proposed Order ORDER ON UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING)(Furst, Mona) (Entered: 07/29/2022) |
| 09/16/2022 | | 43 | NOTICE OF ATTORNEY APPEARANCE Jessica Arco appearing for USA. (Arco, Jessica) (Entered: 09/16/2022) |
| 09/18/2022 | | 44 | NOTICE OF ATTORNEY APPEARANCE Michael Matthew Gordon appearing for USA. (Attachments: # 1 Certificate of Service)(Gordon, Michael) (Entered: 09/18/2022) |
| 11/22/2022 | 🔒🔒 | 45 | *SEALED* SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by USA as to STEFANIE NICOLE CHIGUER. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Proposed Sealed Filing)(Arco, Jessica) (Entered: 11/22/2022) |
| 11/23/2022 | 🔒 | | *SEALED* MINUTE ORDER as to STEFANIE NICOLE CHIGUER granting United States' Motion for Leave to File Under Seal, ECF No. 45, and Joint Motion to Continue Sentencing and Status Report, ECF No. 45-1. The Joint Motion to Continue shall be accepted for filing under seal for the reasons stated in the Motion for Leave to File Under Seal. The parties shall file a Joint Status Report by February 10, 2023 (under seal, if appropriate), which proposes a schedule for further proceedings. ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ Signed by Judge Amit P. Mehta on 11/23/2022. (zjd) (Entered: 11/23/2022) |
| 01/19/2023 | 🔒🔒 | 46 | *SEALED* SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by USA as to STEFANIE NICOLE CHIGUER. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Consent Motion to Modify Conditions of Release, # 2 Proposed Order)(Arco, Jessica) (Entered: 01/19/2023) |
| 01/19/2023 | 🔒 | | *SEALED* MINUTE ORDER as to STEFANIE NICOLE CHIGUER granting 46 United States' Motion for Leave to File Under Seal. Signed by Judge Amit P. Mehta on 1/19/2023. (zjd) (Entered: 01/19/2023) |
| 01/19/2023 | 🔒🔒 | 47 | *SEALED* Consent MOTION to Modify Release Conditions filed by USA as to STEFANIE NICOLE CHIGUER. (zjd) (Entered: 01/19/2023) |
| 01/19/2023 | 🔒🔒 | 48 | *SEALED* ORDER as to STEFANIE NICOLE CHIGUER granting 47 Consent Motion to Modify Release Conditions. See attached order for full details. Signed by Judge Amit P. Mehta on 1/19/2023. (zjd) (Entered: 01/19/2023) |
| 01/30/2023 | 🔒 | | *SEALED* MINUTE ORDER as to STEFANIE NICOLE CHIGUER (2). The court hereby orders that a presentence investigation report be completed as to Defendant Stephanie Chiguer. Sentencing shall take place on June 9, 2023, at 10:00 a.m. If Defendant wishes for sentencing to proceed remotely, she shall file a notice to that effect. See Fed. R. Crim. P. 43(b)(2). The final presentence report shall be filed by May 26, 2023. Sentencing memoranda shall be filed by June 2, 2023, and any reply memorandum of not more than five pages by June |

| | | | | |
|---|---|---|---|---|
| | | | | 7, 2023. Signed by Judge Amit P. Mehta on 1/30/2023.(zjd) (Entered: 01/30/2023) |
| 02/02/2023 | 🔒 | 🔒 | 49 | *SEALED* SEALED DOCUMENT (Notice of Intent to Appear Remotely) as to STEFANIE NICOLE CHIGUER (This document is SEALED and only available to authorized persons.) (Shaner, H.) (Entered: 02/02/2023) |
| 06/02/2023 | 🔒 | 🔒 | 53 | *SEALED* SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by USA as to STEFANIE NICOLE CHIGUER. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Sentencing Memorandum)(Arco, Jessica) (Entered: 06/02/2023) |
| 06/05/2023 | | 🔒 | | *SEALED* MINUTE ORDER as to STEFANIE NICOLE CHIGUER (2) granting 53 SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL. The Clerk of Court shall file under seal Defendant's Sentencing Memorandum at ECF No. 53-1. Signed by Judge Amit P. Mehta on 6/5/2023. (zjd) (Entered: 06/05/2023) |
| 06/06/2023 | 🔒 | 🔒 | 55 | *SEALED* SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL as to STEFANIE NICOLE CHIGUER. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Memorandum in Support Memorandum in SUpport of Time Served, # 2 Exhibit Defendant Letter, # 3 Exhibit PTS Compliance)(Shaner, H.) (Entered: 06/06/2023) |
| 06/20/2023 | 🔒 | 🔒 | 57 | *SEALED* JUDGMENT & COMMITMENT as to STEFANIE NICOLE CHIGUER (This document is SEALED and only available to authorized persons.) Signed by Judge Amit P. Mehta on 6/20/2023.(zltp) (Entered: 07/07/2023) |
| 06/20/2023 | 🔒 | 🔒 | 58 | *SEALED* STATEMENT OF REASONS as to STEFANIE NICOLE CHIGUER. (This document is SEALED and only available to authorized persons.) Signed by Judge Amit P. Mehta on 6/20/2023.(zltp) (Entered: 07/07/2023) |
| 06/21/2023 | 🔒 | 🔒 | 56 | *SEALED* SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL as to STEFANIE NICOLE CHIGUER. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit Motion to Temporarily Unseal and Transcribe Sentence)(Shaner, H.) (Entered: 06/21/2023) |
| 06/22/2023 | | 🔒 | | *SEALED* MINUTE ORDER as to STEFANIE NICOLE CHIGUER (2) granting Defendant's 56 Motion to File Under Seal and Consent Motion to Temporarily Unseal a Portion of Sentencing Transcript to Permit Defendant to Keep and to Share with her Children. The sentencing hearing will be temporarily unsealed only insofar as is required for the court reporter to transcribe the Court's final admonition to the Defendant and so that Defendant can obtain a copy of this portion of the hearing transcript. It shall thereafter be resealed. Signed by Judge Amit P. Mehta on 06/22/2023. (zjd) (Entered: 06/22/2023) |