**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**

**v.**                                      **22-cr-25-2  APM**

**STEFANIE CHIGUER**

**MOTION FOR EARLY TERMINATION OF PROBATION**
**AS SUCCESSFUL BY THE DEFENDANT**

Stefanie Chiguer, through counsel, Heather Shaner, now requests the Court terminate her Supervised Probation as successful. The original recommendation to the Court by the Office of United States Probation was for a period of Twelve Months. Had the Court followed that recommendation supervision would have terminated in June 2024.  The Court Ordered her to serve Twenty Four Months of Supervised Probation.

Because Ms. Chiguer was a potential witness in a Government prosecution her Sentencing was continued for over a year.  During that time she was under the supervision of the Court and required permission from the Office of PreTrial services to travel for work.

Ms. Chiguer has been under Court supervision since her arrest January 18, 2022.  According to  PreTrial Services she was in compliance from January 18, 2022 until her Sentence on June 20, 2023.  Since June 20, 2023 she has been under the Supervision of U.S. Probation.  She completed

successfully her special conditions of Probation in February 2024.  She has paid restitution and completed 120 hours of Community Service. She has been on Supervised Probation for over Fifteen months and now moves this Court to grant relief from further supervision and termination of probation as successful.

1.     Stefanie was arrested in Massachussetts  January 18, 2022. She has been on Court Supervision since that Time, for 32 months;

2.     She entered a plea to 40 USC §5104(e)(2)(G) on April 22, 2023.  But for her willingness to be a government witness she would have been sentenced within 90 days;

3.     Her Sentence was delayed until June 20, 2023 at the request of the United States Attorney;

4.     She was interviewed multiple times by the Government and travelled to Washington to be available in the Trial;

5.     From the date of her arrest  January 18, 2022 until her Sentencing, June 20, 2023, she was under the  supervision of Pre Trial Services.  During this entire period she was in compliance with the Office of Pre Trial Services. See: Docket  54

6.     She was eventually Sentenced on June 20, 23 to 24 months Supervised Probation with special conditions that she pay Restitution of $500.00 and Costs of $10.00 and Ordered to complete 120 hours of

Community Service.  The Office of U.S. Probation had recommended Twelve months of Probation;  See Docket 52.

7.     Court costs and Restitution were paid in February 2024. Community Service was completed in April 2024; See Att.. letter

8.     Since completion of Court Ordered Community Service she has continued to volunteer with the 68 Hour program and was recently named a Co-coordinator of the Program. See Letter re: Community Service.

9.     This misdemeanor conviction is Ms. Chiguer's only conviction during an otherwise unblemished life.  She has a full time job and supports herself and her two young children.  Her employer has sent a letter of reference;See Att.

10.    Also attached to this request are letters from the 68 Hours of Hunger Program and letters from other Community Members who praise Stefanie and her outstanding service to her home town.  Attached is also a letter from from Stefanie Chiguer.

In light of the good works of the defendant in her Community during the Term of her Probation, for the last Fifteen months, and the unique circumstances that extended the period of pre-sentence supervision from January 2022 until June 20, 2023,  we are requesting the Court now terminate her probation, as successful.   She has been under Court Supervision for Two years and Nine Months, and now requests relief from continued supervision.

Respectfully submitted,

_____/s/_____
H. Heather Shaner Esq.  DC 273276
Appointed by the Court for
Stefanie Chiguer
1702 S Street N.W.
Washington, D.C. 20009
Tel. 202 265 8210
hhsesq@aol.co