stefanie chiguer <schiguer1@gmail.com>

**Pay.gov Payment Confirmation: DCD Criminal Debt**
1 message

notification@pay.gov <notification@pay.gov>  Sat, Feb 17, 2024 at 12:32 PM
To: Schiguer1@gmail.com

 An official email of the United States government

Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Finance Office at (202) 354-3100 or DCDml_FinanceOffice@dcd.uscourts.gov.

Application Name: DCD Criminal Debt
Pay.gov Tracking ID: 27C065JV
Agency Tracking ID: 76638543723
Transaction Type: Sale
Transaction Date: 02/17/2024 12:32:47 PM EST
Account Holder Name: Stefanie Chiguer
Transaction Amount: $250.00
Card Type: MasterCard
Card Number: ************3935

Case and Defendant Number: DDCX122CR000025-002
Defendant Name: Chiguer, Stefanie
Account Holder Name: Chiguer, Stefanie
Account Holder Phone: Mobile (603) 377-2532
Email: Schiguer1@gmail.com

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service




**U.S. Probation and Pretrial Services**
**DISTRICT OF MASSACHUSETTS**

## COMMUNITY SERVICE SIGN-IN/OUT

VOLUNTEER'S NAME: Stefanie Chiguer
LOCATION OF SERVICE PERFORMED: St. Magdalen, pickups, drop offs

| DATE | TIME IN | TIME OUT | WITNESS | TITLE |
|---|---|---|---|---|
| 11/5 | 4:00 | 6:00 | [signature] | End of Program Coordinator |
| 11/8 | 12pm | 7:30 | [signature] | Program Bordeen |
| 11/10 | 10:00 | 12pm | [signature] | Program Bordenton |
| 11/14 | 2pm | 7:30 | [signature] | Program Coordinator |
| 11/24 | 11am | 6pm | [signature] | Program Coordinator |
| 11/27 | 12pm | 2pm | [signature] | |
| 11/30 | 5pm | 7pm | [signature] | |
| 12/1 | 4pm | 5pm | [signature] | |
| 12/2 | 9am | 11am | [signature] | |

WHEN COMPLETED FAX TO:   U.S. Probation and Pretrial Services Office
439 South Union Street
Unit 103
Lawrence, MA 01843
978-688-467

# UNITED STATES PROBATION DEPARTMENT
## VOLUNTARY PUBLIC SERVICE
## SIGN IN/OUT VERIFICATION

**NAME OF VOLUNTEER:**          **MONTH:**

| Date | Signature | Time In | Service Performed | Time Out | Supervisor's Signature |
|---|---|---|---|---|---|
| 6/25 | [sig] | 2:00pm | filled Food Boxes, counted inventory | 6pm | [sig] |
| 8/8 | [sig] | 4:00 | filled Food Boxes | 6pm | [sig] |
| 8/7 | [sig] | 9:30 | POLISH CLUB, NASHUA - INTERVIEW for COMMUNITY SERVICE WORK | 11:30 | [sig] |
| 8/14 | [sig] | 8:30 | P.A.C. - NASHUA DEEP CLEANING & ASSISTING C.B.D. | 1:00 | [sig] |
| 8/22 | [sig] | 8:30 | P.A.C. - NASHUA DEEP CLEANING & ASSORTED LIGHT DUTIES | 1:30 | [sig] |
| 9/4 | [sig] | 4:00 | filled Food Boxes | 6:00 | [sig] |
| 9/9 | [sig] | 8 | Staffed old homes DAY TABLE | 5 | [sig] |
| 9/16 | [sig] | 5 | Handed out Boxes/deliver | 8 | [sig] |
| 9/24 | [sig] | 2 | filled Easter Backpacks | 4:30 | [sig] |
| 9/26 | [sig] | 53 | filled Backpacks / Sorted | 83 | [sig] |
| 9/29 | [sig] | 5:00 | ran retirement Party for End of CFO | 9:00 | [sig] |
| 10/1 | [sig] | 1:00 | Organizing/cleaning storage | 4:30 | [sig] |
| 10/4 | [sig] | 4:30 | Handed out Backpacks | 7:00 | [sig] |
| 10/6 | [sig] | 1:30 | Posting Craft fair flyers | 3:00 | [sig] |
| 10/11 | [sig] | 3:45 | Packed Backpacks | 6:30 | [sig] |
| 10/12 | [sig] | 12:30 | Sorted donations | 2pm | [sig] |
| 10/16 | [sig] | 93 | Dropped off Backpacks | 103 | [sig] |
| 10/17 | [sig] | 10:3 | filled Backpacks / shopp | 5:00 | [sig] |
| 10/18 | [sig] | 1:30 | Handed out back packs | 7:30 | [sig] |
| 10/19 | [sig] | 10:0 | Delivered Back Packs, stocked shelves | 2:00 | [sig] |
| 10/25 | [sig] | 4:30 | Back Pack filling/sorting HANDING OUT | 7:30 | [sig] |
| 10/30 | [sig] | 2:00 | Back Pack filling/handing out | 10:30 | [sig] |
| 11/1 | [sig] | 3:00 | sorting/handing out | 7:00 | [sig] |
| 11/4 | [sig] | 8:00 | craft fair managing | 4:00 | [sig] |