

**THANK YOU TO OUR SPONSORS!**

**Charter Sponsors**
Bottomline Technologies
Good Karma Family Trust
Hannaford
Tampa Bay Lightning Foundation
The Brook Casino
Timberland
Tri-City Subaru
Ye Loyal Krewe of Grace O'Malley

**Additional Sponsors**
100 Women Who Care
Advanced Climate Solutions
Alexander Eastman Foundation
Amgen
Andover Companies
AOGF Causes
BAE Systems
Belmar Presbyterian Church
Bergeron Family Foundation
Carl Christensen
Charles & Ilona Train
Charlestown NH Rotary Foundation Inc
Citronics Corp
Coldwell Banker Realty Cares
Community Foundation of Tampa Bay
County of Carroll
Dr Paul & Donna Segal
Erica Hoegen
Fortman Family Foundation
Georgia Pacific
Henkel Family Charitable
Henry L & Patricia J Nielsen Fund
Houghton Mifflin Harcourt
Jeanna & Noah Elwood
Jennifer Wiley
Judith B McGonigle Trust
Kaiser
Koch Companies Community Fund
LaBelle Winery
Leclerc Charity Fund
Marjorie Clark Schine Charitable Trust
Mark & Anne Weidman
Mary & Bob Sierra Family Foundation
Masonite
Mike & Alyssa DeBlasi
Mitchell Elementary School PTA
Movement Mortgage
NCIEA
Palma Ceia Presbyterian Church
Palmer & Sicard Inc
Paul Woodbury
Phillip Trem
Quala
Raymond James Charitable
Renaissance Foundation
Richard M Schulze Family Foundation
RMH NH LLC
Robert E. Gaetjens
Russell & Judy Sabanek
Ruettgers Family Charitable Foundation
Scott & Corrine Harrison
Scott & Sibyl Curtis Charitable Fund
Schwab Charitable
Sharon Vanderheiden
Simple Generosity
Tampa Bay Health Insurance Advisors LLC
Tampa Food Allergy & Support Education
Target Circle
The San Francisco Foundation
Turbocam
Vanguard

April 28, 2024

RE: Stefanie Chiguer

To Whom it may concern:

This letter is to confirm that Ms Chiguer has completed her required number of community service hours with the nonprofit End 68 Hours of Hunger earlier than required by the court. Ms Chiguer has made herself available to this program whenever needed and become a very important part of our team over the past 12 months.

Over the past 12 months Ms Chiguer has collected and delivered raffle prizes from our annual raffle calendar, has collected raffles for our annual bike run, manned our raffle table at the bike run, manned our table at our towns annual Old Homes Day, filled and distributed 40+ backpacks weekly ensuring that each schools has the appropriate number of backpacks. Ms Chiguer has become so important to this organization that she has now been named as co-coordinator of this program.

End 68 Hours of Hunger is a very important program to many struggling families in the Merrimack Valley area and We could not do the work necessary without our volunteers like Stefanie. We are very grateful to Ms Chiguer for her dedication and commitment to End 68 Hours of Hunger and look forward to continuing to work with her to help those children in our community that struggle with food insecurity

Andrea J Connelly
978-408-9059
Program Coordinator
Dracut MA

4 Ivy Lane Farmington NH 03835 | www.end68hoursofhunger.org | Tax ID: 45-0998251

All local programs are 100% volunteer! 95% of all donated funds go directly to buy, store, pack, and deliver food to local children.

No goods or services are exchanged for any donation. This letter serves as your only tax receipt.