To: Honorable Judge Mehta

Ref: Stefanie Chiguer

My name is Robert Saitlow and this letter is to show my support and backing of Stefanie Chiguer

I had been employed for the past 10 years as a 911 operator and police dispatcher for the City of Haverhill in Massachusetts. Throughout my tenure I have had the opportunity to be a part-time police officer and special operations ENT. 5 years on the Northeast Massachusetts Law Enforcement Council (NEMLEC) which is regional search and rescue, SWAT and rapid deployment team covering all of Middlesex and Essex Counties. On top of my career in law enforcement, I also own my business providing close proximity security for famous people, to include some of the top musicians in the world. Outside of my career I enjoy organizing fundraisers and I also volunteer to help those less fortunate or who have had a loss of some sort, that they have needed assistance.

Through my time organizing such fundraisers and volunteering at other events, I have had the privilege of meeting and working along side of Stefanie Chiguer.

Miss Chiguer has been an invaluable asset at many of these events and she always goes above and beyond. She is always eager to help in whatever capacity is needed and she gets the job done correctly, without complaining and needing little to no supervision. She is trustworthy and she arrives on time and stays later than others to assist in whatever was needed. Miss Chiguer has recruited others to volunteer at some of these events and she provides direction to them to lead to a great successful event. With Miss Chiguer's assistance we have raised thousands of dollars to help out those in need.

It has been a pleasure to work along side Stefanie Chiguer and I look forward to other benefits we will organize in the future. Being in my career, it is hard to find a lot of people one can trust . We fully trust Stefanie and support her.

If you have any questions or would like to discuss further, please reach out to me.

Robert Saitlow