Dear Judge Mehta,

My name is Lyn Devito and I have been coordinating and running benefits for local charities for the past few years. I had the pleasure of working with Stefanie Chiguer this past June at the Annual End 68 Hours of Hunger fundraiser. Not only was she professional, kind and energetic, but she offered her help to me with any upcoming benefits I may be a part of in the future.

Fortunately, she was available to help me with a special benefit on August 25, 2024. We held a benefit for a couple who had lost everything in a condo fire and who needed financial help to rebuild for their future. Stefanie was there to help from start to finish, helping with anything she could, all day. The event ran over 9 hours, and she was happy to contribute where ever needed. With Stefanie's help, we were able to raise nearly $5,000 for this deserving couple. Stefanie is a true delight to work with. I look forward to her volunteering with many events in the future. I love being involved in helping our community and am to have meta young woman who feels the same way. Stefanie is a great asset to our community and to any community fundraising benefit.

Should you have any questions for me, please feel free to reach out at Jovi1989@aol.com

Thank you,

Lyn Devito