

Brian Metivier
Demoulas Super Markets Inc.
881 East Street
Tewksbury, Ma 01876
7/24/24

To Whom It May Concern:

Stefanie Chiguer has worked for S & D Fence since 2021. S & D Fence is a vendor that does welding and fencing jobs, as well as new store projects for Demoulas Supermarkets Inc. Stefanie began her employment at S & D Fence as an entry level administrator. She facilitated correspondence between Demoulas and S & D and completed invoicing. She was soon promoted and now handles most aspects of the company. In this position, she also orders supplies, quotes work, completes payroll and manages the employees. She is a bright and personable individual. She is highly self-motivated and capable of achieving any goal she sets her mind to. We consider her a valuable resource. Stafanie welcomes all new opportunities and meets her deadlines on time. If you have any further questions, please feel free to contact me at 978-749-3909.

Thank you,

*[signature]*

Brian Metivier
Facilities Manager
Demoulas Supermarkets, Inc.